

ACCEPTED
15-25-00073-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/27/2025 8:39 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/27/2025 8:39:26 PM
CHRISTOPHER A. PRINE
Clerk

2624 Washington Ave.
Waco, Texas 76701
Ph. 254-717-8600
Fx. 254-313-3200
Family@callahankinglaw.com

May 27, 2025

Clerk of the Court, Fifteenth Court of Appeals
P.O. Box 12852
Austin, TX 78711

Re:    Attorney Incorrectly Noted on Case for Appellant
       Court of Appeals Number: 15-25-00073-CV
       Trial Court Case Number: 2025-126-6
       In the Matter of the Marriage of Mary Elaine Doll and Jay Brock

Dear Sir or Madam,

I am currently listed as the attorney for the Appellant Jay Brock, but I have not been retained by Appellant in this appeal. This appeal was filed *pro se* by Appellant before I was hired at the trial court level. My contract indicates that I am only retained for trial court proceedings. I filed a motion for new trial, which was denied by the trial court in a hearing on May 21, 2025. I have attached the trial court's order, which includes a paragraph releasing the attorneys of record. Appellant has not hired me for the appeal, and I have not filed an appearance in the appeal.

I respectfully ask that my name be removed from this appeal and that the court's records be updated to reflect that my former client, Appellant Jay Brock, is *pro se* in this matter. If the Court would prefer that I file a motion to withdraw or other filing, I will certainly follow the Court's instructions.

Please do not hesitate to contact our office at 254-717-8600 or family@callahankinglaw.com with any questions about this request. I am providing a copy of this letter to both Appellant and Appellee.

Sincerely,

**W. Cody Stapp**
SBN: 24081162
Attorney at Law

2624 Washington Ave
Waco, Texas 76710
Tel: 254-717-8600
Family@callahankinglaw.com

Exhibit A: Copy of Order on Motion for New Trial

**FILED**
**MCLENNAN COUNTY**
**5/22/2025 2:29 PM**
**JON R. GIMBLE**
**DISTRICT CLERK**

Tiffany Madkins

## CAUSE NO. 2025-126-6

| | | |
|---|---|---|
| IN THE MATTER OF THE MARRIAGE OF | § § § | IN THE DISTRICT COURT |
| MARY ELAINE DOLL AND | § § § | 474th JUDICIAL DISTRICT |
| JAY BROCK | § | MCLENNAN COUNTY, TEXAS |

### ORDER ON MOTION FOR NEW TRIAL

After reviewing the Motion for New Trial filed by Jay Brock, Respondent, against Mary Elaine Doll, Petitioner, on April 21, 2025, and considering the testimony, evidence, and arguments presented in open court on May 21, 2025, **IT IS ORDERED** that the motion for new trial is DENIED.

*Release of Attorneys*

The Court finds that Lori Krasienko, attorney for Petitioner Mary Elaine Doll, and Cody Stapp, attorney for Respondent, Jay Brock, are released as attorneys of record for the parties upon entry of this order by the Court.

SIGNED on _____ May 22, 2025 _____.

_____
JUDGE PRESIDING

Approved as to form only:

_____
Cody Stapp (May 21, 2025 11:56 CDT)
Cody Stapp
Attorney for Jay Brock

*Laura Krasienko*
_____
Lori Krasienko
Attorney for Mary Elaine Doll

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Robert Callahan on behalf of William Stapp
Bar No. 24081162
callahankinglaw@gmail.com
Envelope ID: 101116655
Filing Code Description: Proposed Order
Filing Description: Order on Motion for New Trial
Status as of 5/22/2025 2:29 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Lori Krasienko | | lori@mywacoattorney.com | 5/21/2025 2:29:41 PM | SENT |
| Cody Stapp | | family@callahankinglaw.com | 5/21/2025 2:29:41 PM | SENT |
| Krasienko FirmService Email | | attorney@mywacoattorney.com | 5/21/2025 2:29:41 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Robert Callahan on behalf of William Stapp
Bar No. 24081162
callahankinglaw@gmail.com
Envelope ID: 101304891
Filing Code Description: Letter
Filing Description: Letter to Court of Appeals
Status as of 5/28/2025 7:12 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Lori Krasienko | | lori@mywacoattorney.com | 5/27/2025 8:39:26 PM | SENT |